IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WAYNE LEWIS PAGE | § | |
| #660720 | § | |
| | § | |
| V. | § | CIVIL NO. A-15-CA-996-RP |
| | § | |
| WARDEN DAVID BLACKWELL, | § | |
| et al. | § | |

## ORDER OF DISMISSAL

Before the Court is the above-referenced civil rights complaint brought pursuant to 42 U.S.C. § 1983. The Court presumes Plaintiff is seeking leave to proceed *in forma pauperis*.

Under the Prison Litigation Reform Act, a prisoner cannot bring a new civil action or appeal a judgment in a civil action *in forma pauperis* if he or she has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted. The only exception to this is if the prisoner is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). A prisoner who is not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has three or more dismissals described in section 1915(g). Regardless of whether a prisoner proceeds *in forma pauperis* in a civil case, if at any time the prisoner's case is dismissed as frivolous or malicious, or for failure to state a claim, the dismissal will count against the prisoner for purposes of the three-dismissal rule.

While incarcerated, Plaintiff has filed at least three civil actions that have been dismissed as frivolous. *See Page v. Carlile*, Cause No. 98-CV-737 (E.D. Tex. - Tyler Div.) (dismissed as

frivolous Feb. 25, 1999); *Page v. Lynch*, Cause No. A-97-CV-260-JN (W.D. Tex. - Austin Div.) (dismissed as frivolous July 22, 1997); *Page v. Jones*, Cause No. 98-CV-321 (E.D. Tex. - Tyler Div.) (dismissed as frivolous Aug. 4, 1998). Therefore, Plaintiff may not file another civil action *in forma pauperis* while incarcerated unless Plaintiff is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff's complaint does not meet that standard. Because Plaintiff has failed to submit the required payment, his case will be dismissed.

It is therefore **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis*, and his complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g). Plaintiff's complaint may be reinstated only if the full filing fee is paid simultaneously with the filing of a motion to reinstate.

**SIGNED** on November 4, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE